## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:02CR213** |
| **Plaintiff,** | ) | |
| v. | ) | **ORDER** |
| **TERRY TYLER,** | ) | |
| **Defendant.** | ) | |

This matter is before the court on the defendant's Motion to Withdraw his Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a person in Federal Custody (§ 2255 motion) (Filing No. 155). The motion is granted.

IT IS ORDERED:

1. The Defendant's § 2255 motion (Filing No. 151) is dismissed without prejudice; and

2. The Clerk of Court shall send a copy of this Order to the Defendant at his last known address.

DATED this 9th day of May, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge

1