IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:02CR213** |
| **Plaintiff,** | ) | |
| vs. | ) | **ORDER** |
| **TERRY TYLER,** | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the following motions filed by defense counsel: motion to withdraw (Filing No. 166); and motion to withdraw the motion filed as Filing No. 166 (Filing No. 167).

IT IS ORDERED:

1. The motion to withdraw the motion filed as Filing No. 166 (Filing No. 167) is granted; and

2. Defense counsel's motion to withdraw (Filing No. 166) is withdrawn.

DATED this 28th day of April, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge