IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:02CR213** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **TERRY TYLER,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's motion regarding a potential reduction in sentence pursuant to crack cocaine Amendment 706 (Filing No. 169). The Federal Public Defender has been appointed. (Filing No. 170.)

IT IS ORDERED:

1. Defense counsel must file a motion, and counsel for both parties must submit either simultaneous briefs or a joint stipulation within thirty (30) days from the date of this order, regarding the Defendant's potential reduction in sentence pursuant to crack cocaine Amendment 706;

2. If the Probation Office has not already submitted a worksheet to defense counsel of record, one must immediately be submitted; and

3. The Clerk is directed to e-mail a copy of this Order to the U.S. Probation Office.

DATED this 23rd day of June, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge