IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | CASE NO. 8:02CR213 |
| **Plaintiff,** | ) | |
| vs. | ) | ORDER |
| **TERRY TYLER,** | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's motion for reconsideration (Filing No. 185).

The Defendant asks that the Court reconsider its previous order (Filing No. 181) denying a reduction in sentence in light of the recent amendments to the crack cocaine sentencing guidelines. The Eighth Circuit Court of Appeals summarily affirmed the Court's order. (Filing No. 190.)

IT IS ORDERED that the Defendant's motion for reconsideration (Filing No. 185) is denied.

DATED this 4th day of May, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge