IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:02CR213** |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| **TERRY TYLER,** | ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant's pro se motion for return of property (Filing No. 205).

The Defendant argues that he was not provided a hearing before the forfeiture of $762 and $272. However, the Defendant pleaded guilty to Count III of the Indictment seeking forfeiture of those amounts.

IT IS ORDERED:

1. The Defendant's pro se motion for return of property (Filing No. 205) is denied; and

2. The Clerk is directed to mail a copy of this order to the Defendant at his last known address.

DATED this 24th day of June, 2010.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge